5152. Mr. Shoemaker, I see that you've requested only seven minutes for your primary argument, and eight minutes for rebuttal. Is that right? MR. SHOEMAKER That's correct. MS. SHAPIRO All right. Well, I don't allow more rebuttal time than primary time, so we're going to reverse it. But if you go over your eight, you know, then it'll be cut even more. So let's assume eight and seven. I think that's the most I'll allow with respect to a rebuttal. MR. SHOEMAKER Thank you, Your Honor. MS. SHAPIRO Okay. MR. SHOEMAKER Your Honor, if you look at page A731 of the appendix, you will find an article written by Elizabeth Shapiro's treating rheumatologist. Her treating rheumatologist concluded that Elizabeth Shapiro experienced systemic lupus erythematosus, SLE, and that her symptoms occurred after her hepatitis B vaccination. She also concluded that it was very possible it was caused by the hepatitis B vaccination. There's no question that the treating rheumatologist in this case agreed with our position as to when the onset of symptoms was. We brought in a world-renowned expert, Dr. Yehuda Schoenfeld, who is an immunologist, who has published dozens of books, hundreds of articles. He is the world's leading expert on autoimmunity, particularly with respect to vaccines. In the Noel Rose Textbook of Immunology and Autoimmunity, he wrote the chapter on vaccines and autoimmunity. He wrote a textbook on autoantibodies. It's this thick that describes every known autoantibody in the world. Every single treating doctor in this case, our expert, who is an eminently qualified, world-renowned immunologist, testified that the onset of her SLE occurred within the appropriate time after vaccinations. Not only that, they testified, and records show, that she had what was referred to in Campesano as a positive re-challenge. That is, she had reactions after each of the hepatitis B vaccinations. On page 47 of Appellant's opening brief, it states that, when questioned on cross-examination, and this is bold-faced as well, Dr. Ward agreed that all of Elizabeth's hypotheses were biased. At JA 483, what Dr. Ward actually says is that he disagreed once you have the data that you require. He was talking about certainty. He said, for instance, that the fact that there have been some cases of hepatitis B vaccines proving the hepatitis B vaccine from MS, he said, that doesn't mean it's been proven. That doesn't mean there's a known association. He was talking about a known association. The Alton Court makes it very clear that we are not required to prove for scientific certainty. We're not required to demonstrate a known association. That's what Dr. Ward was talking about. Let's talk about Dr. Ward. Dr. Ward is not an immunologist. He is not a rheumatologist who treats SOD. He's not even an endocrinologist who would treat thyroid conditions. He is an infectious disease specialist. I'm not sure what is required in this program. If you can't come into this program, produce every single treating doctor on your side, bring in the world's leading expert on immunology who has published dozens of books, hundreds of articles, and a special master then concludes on his own. Not even Dr. Ward agreed that the onset of the SLE was when he says it is. The special master said the onset of the SLE was when it was diagnosed. We all know that's crazy. That's come up in decisions before. We know the diagnosis is not the date of onset. That's clear from Florida. That's clear from all kinds of cases that have come before this court. The onset was clearly controlled at that time. Now, what Dr. Ward said, the only thing he said of relevance is he said he didn't think that for the thyroid condition, he thought there might have been some pre-existing thyroid condition before, even though there's no evidence of any symptoms related to thyroid before the first vaccination. And he says the thyroid came too fast after this. This is the type of fact that his own report says that the thyroid can be attacked quickly or slowly. We know that's true. In his own evidence, he said that you can have multiple progression of different ways that thyroid condition can be produced. The treating rheumatologist, Dr. Berg and Dr. Schoenfeld, both agreed that the autoimmune attack on the thyroid was part and parcel of the SLE. The special master separated out the two different things. Did you really make that argument below, though? I mean, I think I can understand the logic of it and understand how autoimmune illnesses work, but it seemed like below you were arguing that they were two separate injuries. I think Dr. Schoenfeld made it clear that he thought that even though it's not required in SLE that the thyroid would be attacked, in SLE it's a multi-system attack. It means the nervous system can be attacked, the skin, all various organs can be attacked in SLE. It's one of the worst you can get in autoimmune conditions. It's not required that the thyroid be attacked, but there's literature which Dr. Schoenfeld produced and Dr. Schoenfeld testified, and if you look at that article that started out on page 731, you can see that treating rheumatologist, Dr. Berg, included the autoimmune thyroid disease as part and component of SLE. Now, looking back at Dr. Gordy's thing, he's saying it happened too quickly. It didn't happen too quickly. In April of 1992, we have the first hepatitis B vaccine. She has some jaw pains and minor symptoms. The second vaccine isn't until September, so that's five or six months before, and that's two weeks later, she started having symptoms that become part of the thyroid condition. And not even all of her symptoms there can be explained in the face of the thyroid. Dr. Schoenfeld pointed out that some of the symptoms are not autoimmune symptoms, they're symptoms of the SLE that was started. The joint pains and things like that, that's not the thyroid. So we have until, from April until September or October of 1992, that's four or five months. That's plenty of time for the autoantibodies to be generated and start producing damage to the thyroid. Then you get the second shot, and what happens in the second shot? You have what's called an anamnestic response. It's like a booster response. When you get a booster vaccine, the reason you get multiple vaccines is to get a booster response. When you get the second response, it occurs faster, it's more dramatic. That's exactly what we have here. For treating rheumatology, that article that I pointed out said this was evidence of positive re-challenge. And clearly, Dr. Schoenfeld agreed, there's positive re-challenge. She reacted to multiple vaccines. That's evidence in Kapazano causation. Kapazano also is important because it says the treating doctors are very important. Here we have a treating doctor who not only put in the medical records, but believed it so much, she put it in the medical literature. How much more can we do? But, let's get to your theory in terms of how that connection... The theory was not, never, the specialist actually never even looked at the theory in respect to SLE. He didn't even consider it. But with respect to thyroid, he did look at the theory. And that goes back to your question, because... I want you to go back to my question, because you haven't satisfactorily answered it to my satisfaction. My answer to that is that Dr. Ward, I mean, yes, Dr. Ward was requiring more than is required by all third handers. What you quoted, you say, when questioned on cross-examination, Dr. Ward agreed that all of Elizabeth's hypotheses were viable. What he says is, no, I think you're misstating what I said. I said I actually agreed with all of the hypotheses, comma, but I disagree once you have data that disproves your hypotheses. And he's not saying... There's no data to disprove the hypotheses. Remember, he's an infectious disease specialist. He's not an immunologist. He's not an expert in autoimmunity. Dr. Schoenfeld is. Dr. Schoenfeld not only laid out challengery challenges, as Dr. Bird pointed out, he also laid out molecular mimicry. He talked about polyclonal activation. He talked about bystander effect. He talked about adjunct effect. He went through multiple ways for the vaccines to do this and to cause this. He went into excruciating detail about it. Dr. Ward, all he said, well, he didn't go into those, he didn't talk about molecular mimicry and all these things that, yeah, yeah, they're viable theories, but unless you have evidence to prove them, that doesn't mean that they apply. So he went on to require more than medical theorists. He went on to say, you need to have a proven association. You need to have... Just the fact that you have a theory doesn't mean there's proven. We have none of that. We're never going to be able to prove cases in this program, the scientific survey, it's impossible. Because these are cases where there are multiple causes of autoimmune conditions. Vaccines are just one. So there's no way we can possibly prove with absolute certainty in these cases. We satisfied the problems of Alton. We did it with highly qualified experts. We're looking for Israel, the world's leading expert on autoimmunity and vaccines. We did it with a treating rheumatologist. And the special master came up with a whole different onset date, which we know is ludicrous. We know that the date of diagnosis is not the date of onset. And it's totally contrary to what Dr. Bird said in that article. Okay, you'll have six minutes for a rebuttal. Good morning. I would like to start there with the issue of Dr. Ward, because under Alton, all you have to have is a theory, right? I mean, the point is that at some point, the burden is supposed to shift to the government. And what Dr. Ward said is, yeah, all those are viable, but I don't think that's what really happened here. But that later conclusion doesn't discount the fact that even he conceded that these are viable theories, which is all you need under Alton, right? Well, no, Your Honor, yes. You need a theory, but Alton said that theory needs to be reliable. And that is where Petitioner fell short in this case. Yes, Dr. Ward did say that all of the four postulated theories, postulated by Dr. Schoenfeld, were in theory viable, in theory they make sense. But when you look at each one of the facts in this case, they fall short. So that's my mimicry. He said this theory was called into question by Dr. Schoenfeld's own article, his own article, that there's no obvious similarity between the fact that hepatitis B vaccine is used in the protein. So when you test the theory, with the hepatitis B vaccine specifically, it falls short. Again, right here in the reservation. He said, yes, in theory it makes sense. But what Dr. Schoenfeld didn't give the special master was any evidence that it makes sense in the context of hepatitis B vaccine and thyroid disease, or SLE. He just said, it's a general theory of how it's possible we can cause autoimmune disease, but not the autoimmune diseases that we have in this case. And the special master credited Dr. Ward's testimony regarding the nature of the particular adjuvant that's found in hepatitis B vaccine, aluminum or alum. But he only credited that and did that analysis as it relates to the thyroid, correct? He didn't do it as it relates to SLE. Well, that's correct. But this was being, these four theories, Dr. Schoenfeld posited for both thyroid and SLE. You are correct. He only applied the adult analysis for thyroid because he found the, he found the evidence on preadult. But, you know, but the notion that your diagnosis date is the same date as onset seems a little absurd. Just from common sense. Absolutely. But you have to, but that's, again, that's what, that's not the focus of what problems the special master had with their SLE claim. He said, he acknowledged that the SLE was not a problem throughout the course of this year and a half, two year span. But he thinks that their own expert, Dr. Schoenfeld, said that the onset for SLE was ignited by the hematuria, which is blood in the urine, and joint pain. And that's their own expert's testimony. But when you look at the record, the first time joint pain is mentioned in the record is July of 1993. Now, she, I think Dr. Schoenfeld said the TNJ or the jaw pain may have been the first sign of joint pain. But, Mrs. Shapiro said that her, she first got a jaw pain in the two weeks of the first vaccine. Again, that doesn't judge Dr. Schoenfeld's theory. Dr. Schoenfeld said that SLE didn't begin to affect the second or third vaccine. So it's internally inconsistent. So what the special master was saying is that we have all these symptoms here in the record. But the first time any tradition actually says what these symptoms mean, back in September of 1994, when Dr. Bird first said possible SLE. So Dr. Schoenfeld said, excuse me, special master said, I will know the onset of SLE as being September of 1994. But the cause of the problem, it doesn't matter that he fell off in September of 1994. The cause of the problem is that the physician could not, or an expert could not, could not offer a symptom that fit within the postulated time frame of two to three weeks following vaccination. That was Dr. Schoenfeld's own evidence that SLE can start within two to three weeks of vaccination. But he was unable to come up with any symptoms that occurred in that time frame. Well, there was clearly symptoms that occurred after the second and third vaccinations that were within that time frame. But not an SLE, Your Honor. That's the problem. Well, no, but you just admitted that the joint pain that was noted occurred right away after the first one, not the second one. Dr. Schoenfeld's theory is that the SLE occurred after the second or third, not the first. And again, with regard to the joint pain, the special master did, and included Dr. Lager, did have problems with the TMJ as being evidence of the joint pain. Because one, it's not a question of contemporary medical records. It was only when Dr. Shapiro's affidavit was castrated years later, she had made no mention of the TMJ in her superior report that she filed in 1993, or her letter to the manufacturer that she filed in 1993. And again, Dr. Schoenfeld said the SLE started after the second or third vaccine, which is accredited by Shapiro's testimony. She said her joint pain started after the first vaccine. Well, what about the issue of the thyroid as possibly being a symptom of SLE? There are no testimonies to that regard. Dr. Schoenfeld did state that it was all part and parcel. But again, the petitioners, they made two separate arguments. One was that it had to be vaccine-caused thyroid pain following the first one, and that the there was really no fleshing out of the argument that thyroid disease was a symptom of SLE. Again, it was such an after-sound that Shapiro's thyroid disorder was what had marked that claim for her. Yeah. How do you get to that? I mean, yes, we have one doctor who says, well, usually thyroid takes a long time to become a problem. But there was nothing in the medical records that showed any thyroid symptoms. And thyroid symptoms are pretty obvious. They are pretty obvious. But what the record does show, and the special master accredited Dr. Ward's testimony, was a type of thyroidism, which is what Mr. Shapiro was afraid of initially. It's a very slowly evolving disorder that it doesn't just evolve within two weeks. But you agree there was no evidence in the record of any symptom before that? Absolutely. The special master I'm talking about, that's a fact that Mr. Shapiro did not start showing symptoms of thyroid disease until April, until after April 13th of 1992, the day of her first vaccination. However, I am crediting Dr. Ward's testimony, which is based on the trial literature, to the point of his testimony that thyroid disorder is a very slowly evolving disorder. And as I will point out, Dr. Shapiro has offered no evidence to rebut Dr. Ward's testimony regarding the slowly evolving nature of thyroid disease. And again, when the case was remanded back to the special master, the special master gave both parties the opportunity to submit additional evidence regarding thyroid disease and Mr. Shapiro did not submit any additional evidence. So Dr. Ward's testimony regarding the slowly evolving nature of thyroid disease is a fact that the thyroid disorder had to happen in the first place, maybe in a month or two years before she developed her first symptoms, before she hit, developed her first symptoms, showed her first outward symptoms of this disorder. And again, Dr. Wendler, that is probably a concession not to give away the evidence appropriately. And really what the position of health care is supposed to do is give away the evidence and try to find different codes of value for that evidence until you will come up with a different finding. And I would just like to quickly address something that a student had said regarding Dr. Ward and I believe Dr. Walter was in the class, Geofresh, and that he did not produce any data to exclude these hypotheses. I believe, yes, I will include the beginning of my presentation, the four hypotheses, how Dr. Ward did disprove each one. In regards to challenge-re-challenge, it's interesting. They make a history-making theory. The importance of challenge-re-challenge here on appeal, okay, did not do so. It was a trial of love. So Dr. Schoenfeld really gave a challenge-re-challenge, challenge-re-cursory explanation. Dr. Malonkey filed an excellent report on challenge-re-challenge. Dr. Ward testified that challenge-re-challenge is a viable theory when you don't have any other obvious cause. In this case, we do have an obvious cause, and that's the evolving nature of the condition of autoimmune thyroid disease. And her clinical history is entirely consistent with the course of the evolving autoimmune thyroid disease. Again, Dr. Schoenfeld really did not offer any evidence to rebut that challenge-re-challenge. And Dr. Ward testified. Now, Dr. Ward is not part of the class. He is a virologist. He is an expert in vaccine-specific immunosuppression. Yeah, but Dr. Ward has also repeatedly said that he doesn't think vaccines cause illnesses, right? He does not think that hepatitis B vaccine causes illnesses. He has a way of acknowledging hepatitis B vaccine. That's not true. He acknowledges that hepatitis B vaccine causes alopecia. He just does not believe that the evidence is there that hepatitis B vaccine causes thyroid disease and SLE. He gave a thought. He's not part of the question. I'm not saying he's a physician. But Dr. Ward gave other reasons why he believes in hepatitis B vaccine. He gave a thought. He said, you know, millions and millions of people have hepatitis B vaccine. The effect of the vaccine. And we have this thought theory. So we have a thought theory. He, the immunologist, has not made enough evidence for it. Again, that was a testimony. That was not part of the session after the decision was made. And that was evidence produced by Dr. Ward. Anything else? Do I have time for a question? No. Thank you. One of the other things, I'll just focus on one of the last words you heard, and that's uptick. Uptick implies epidemiology, which is not required under all. And that's exactly what Dr. Ward was asking for. If you look at page 49 of Part 3. Dr. Ward objected to Schoenfeld's testimony because the U.S. Institute of Medicine has declared that the HPV vaccine is not associated with development of MS. The fact that the vaccine program has compensated a small number of people who develop MS and several associated with HPV vaccine does not change the science or other established, otherwise non-associations. And in fact, that is his position on all of these medical theories. He agrees with medical theories. He just says, we don't have any proof that this is a known association. That's not required of all of them. It's not required of Andrew. It's not required of nobody. So I don't think that Dr. Ward is the person who's called on to make this kind of conclusion about these things. We're talking about, and I'm glad Council reminded me, we produced a report of Dr. Ward. What more does a petitioner have to do? Every treating doctor. Her treating rheumatologist not only puts up the medical records, but goes to the point of filing an article in the medical literature. Her doctors file a vaccine adverse event reporting form with the VAERS system. We bring in Dr. Blondie, the head of immunology center at Georgetown. We bring in a world-renowned leading expert in immunology who has written a chapter in Noel Rose's book on vaccines and autoimmunity. If we have to do more than that, then there's not a case that we could possibly win this for.